AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Jack Westly Ryan | ) | |
| DOB: XXXXXX | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ____Columbia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) - | Obstruction of Law Enforcement During Civil Disorder; |
| 18 U.S.C. § 111(a)(1) - | Assaulting, Resisting, or Impeding Certain Officers; |
| 18 U.S.C. § 1752(a)(1) - | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; |
| 18 U.S.C. § 1752(a)(2) - | Disorderly and Disruptive Conduct in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(4) - | Engaging in Physical Violence in a Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(D) - | Disorderly Conduct in a Capitol Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(F) - | Act of Physical Violence in the Capitol Buildings or Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____04/09/2024_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____        Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*