Case 1:24-mj-00125-ZMF    Document

Case: 1:24-mj-00125
Assigned To : Judge Zia M. Faruqui
Assign. Date : 4/9/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiliant, ███████, is a Special Agent assigned to the Federal Bureau of Investigation's ███████. In my duties as a special agent, I investigate matters of Domestic Terrorism. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

*Identification of JACK WESTLY RYAN*

At approximately 2:00 p.m. on January 6, 2021, the body-worn camera (BWC) of multiple D.C. Metropolitan Police Department (MPD) officers captured video of an older white male pushing two police officers near the Lower West Terrace on U.S. Capitol grounds.

In May 2021, the FBI Office of Public Affairs published images of this individual in "Be on the Lookout" (BOLO) 388-AFO on the FBI's Capitol Violence website.



*Image 1: An open-source online group posted BOLO pictures on its website.*

In February 2023, the FBI received a possible identification of BOLO 388-AFO as JACK WESTLY RYAN JR. of Warrensburg, Missouri. RYAN'S personal identifying information was identified in the CLEAR database, and the affiant obtained RYAN'S driver's license photo. The affiant compared RYAN's driver's license photo with the BOLO images, and also conducted surveillance of RYAN at his place of employment. The affiant confirmed that the driver's license image and the person observed at the workplace was the same person as the individual shown in BOLO 388-AFO.

The affiant met with an employee at RYAN'S workplace, who confirmed that RYAN was the person depicted in BOLO 388-AFO.

The affiant obtained RYAN'S cellular phone call records from Verizon between November 8, 2020 and January 6, 2021. Those records showed that RYAN made approximately 10 calls to

the White House and to various U.S. Senators in November 2020. The call records also showed that RYAN's cellular telephone was located in Washington, D.C. on January 6, 2021.

The affiant conducted a voluntary, non-custodial interview of RYAN on October 17, 2023. During that interview, RYAN admitted to taking a bus with a church group out of Lee's Summit, Missouri to attend the "Stop the Steal" rally in Washington, D.C. During the interview, RYAN was shown video footage from police BWC that was filmed on the grounds of the U.S. Capitol on January 6, 2021. RYAN identified himself in the BWC footage, and also identified descriptive items on his person to include a blue winter hat, a navy-blue coat, and a wooden cane.

*JACK WESTLY RYAN'S Involvement in the Events of January 6*

During the October 2023 interview, RYAN told the affiant that after he arrived by bus in Washington, D.C. on January 6, 2021, he went by himself to the Ellipse to watch former President Trump speak. Ryan stated that it was difficult to hear the speech, but he heard rumors in the crowd that the former President planned to march to the U.S. Capitol. Ryan stated that he walked with a large crowd towards the Capitol. RYAN also stated that once on Capitol grounds, he stood near a staircase and observed physical altercations between protesters and police.

Body-worn camera from various MPD officers showed that RYAN was among a large crowd of protesters near the Lower West Terrace on U.S. Capitol grounds at approximately 2:00 p.m. on January 6. As a group of MPD police officers tried to push through the crowd, they were taunted and met physical resistance from individuals in the crowd. BWC footage from Officer R.S. showed that RYAN (in yellow below) pushed with his hands against Officer R.W.



*Images 2-3: The BWC of MPD Officer R.S. showed RYAN pushing MPD Officer R.W.*

BWC footage from that same officer showed that after Officer R.W. pushed RYAN away, RYAN turned his body and reached out to grab Officer R.S.




*Images 4-5: RYAN grabbed at Officer R.S.*

After grabbing at Officer R.S., RYAN turned again and shoved Officer R.W. with his hand.



*Image 6: RYAN pushed Officer R.W. again with his hand.*

The BWC from Officers D.P. and R.S. showed that after making physical contact with Officers R.W. and R.S., RYAN stood in close proximity to Officer R.S. and appeared to gesticulate angrily and yell through his facemask.





*Image 6-7: On police BWC, RYAN was filmed confronting Officer R.S.*

## CHARGES

Your affiant submits there is probable cause to believe that RYAN violated 18 U.S.C. § 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Secret Service's protection of the Vice President and his family and the Capitol Police's protection of the U.S. Capitol.

As well, there is probable cause to believe that RYAN violated 18 U.S.C. § 111(a)(1), which makes it a crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in 18 U.S.C. § 1114, which includes certain federal officers or employees or those assisting them, where such acts involve physical contact with the victim of that assault while the officer or employees is engaged in or on account of the performance of official duties.

Your affiant submits that there is probable cause to believe that RYAN violated 18 U.S.C. § 1752(a)(1), (2), and (4)  which makes it a crime to (1) knowingly enter or remain in any restricted

building or grounds without lawful authority to do; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempt or conspire to do so; and (4) knowingly engage in any act of physical violence against any person or property in any restricted building or grounds, or attempt or conspire to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that RYAN violated 40 U.S.C. § 5104(e)(2)(D) & (F), which makes it a crime to willfully and knowingly: (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (F) engage in an act of physical violence in the Grounds or any of the Capitol Buildings. An act of physical violence includes damage to, or the destruction of, real or personal property.

Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 9th day of April 2024.

ZIA M. FARQUI
U.S. MAGISTRATE JUDGE